IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHAVON DAVIS and JAQUELINE GILMORE,　　　　　　　　　　　　　　　　　PLAINTIFFS
on behalf of themselves and others similarly situated

V.　　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:18-CV-134-SA-RP

BOSS WINGS ENTERPRISES, LLC, et al.　　　　　　　　　　　　　　　　　　DEFENDANTS

ORDER AND FINAL JUDGMENT

Plaintiffs Shavon Davis and Jaqueline Gilmore filed suit on July 12, 2018. Docket 1. On June 26, counsel for Gilmore was allowed to withdraw and plaintiff was ordered that "no later than July 26, 2019, either an attorney must enter an appearance on behalf of Ms. Gilmore in this matter, or Ms. Gilmore must file a notice of her intention to proceed in this matter without an attorney." Docket 62. Similarly, on July 5, 2019, Davis' counsel was allowed to withdraw and the order allowing withdrawal contained the same directive. Docket 64. Additionally, the Orders allowing withdrawal advised that "failure to comply with Orders of this court may result in sanctions, up to and including dismissal of the case, as failure to comply with this Order or other Orders may lead to a presumption that it has chosen not to proceed with this case."

Neither plaintiff responded to the Orders allowing withdrawal and on August 5, 2019, the court entered a Show Cause Order directing plaintiffs to show cause why their claims should not be dismissed by August 19, 2019. Again, the plaintiffs have not responded to the Show Cause Order and the time for a response has expired. In accordance with the court's August 5, 2019 Order, the plaintiffs' claims are hereby dismissed with prejudice, the case closed and removed from the court's docket.

This, the 22nd day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　/s/   Sharion Aycock　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE